ACCEPTED
06-16-00019-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2016 2:09:10 PM
DEBBIE AUTREY
CLERK

**FOR THE SIXTH COURT OF APPEALS
AT TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2016 2:09:10 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **KEVIN BRYAN FARRAR** | § | |
| **Appellant** | | |
| | § | CASE NO. 06-16-00019-CR, 06-16-00020-CR, 06-16-00021-CR |
| V. | § | TRIAL COURT NO. 41108-A, 41109-A, 40514-A |
| THE STATE OF TEXAS | | |
| Appellee | § | |

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S RESPINSE TO COURT'S REQUEST**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, KEVIN FARRAR, the Appellant herein, and moves the Court for an extension of time to file Appellant's Response to Court's Request in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 188th District Court, Gregg County, Texas in cause number 41109-A for the offense of Forgery Financial Instrument. On November 12, 2015, punishment was assessed at fifteen months in the Texas Department of Criminal Justice- State Jail Division.

II.

The Clerk's Record was filed on February 25, 2016 and the Reporter's record was filed on April 12, 2016. The Appellant's Response to Court's Request is due on or about August 19, 2016.

III.

The Appellant hereby requests an extension of time to file Appellant's Response to Court's Request.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Response for the following good and sufficient reasons:

1. Staff vacation is scheduled the week of August 14, 2016.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Response to Court's Request for an four (04) days, to August 23, 2016.

RESPECTFULLY SUBMITTED,

__/s/ Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 08-12-16

__/s/ Clement Dunn_____
Attorney for Appellant

**FOR THE SIXTH COURT OF APPEALS
AT TEXARKANA, TEXAS**

KEVIN BRYAN FARRAR                            §
      Appellant

                                §        CASE NO. 06-16-00019-CR, 06-16-00020-CR, 06-16-00021-CR

V.                                     TRIAL COURT NO. 41108-A, 41109-A, 40514-A

THE STATE OF TEXAS
      Appellee                     §

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 2016, came

on to be considered the above and foregoing Motion for Extension of Time to File Appellant's

Response to Court's Request.  After consideration of the same, it is the opinion of the Court that

Appellant's Motion be:

( )     GRANTED, and the present cause is hereby extended until _____,

2016.

( )     DENIED, to which ruling the Appellant excepts.

( )     SET FOR HEARING ON THE _____ day of _____, 2016, at

_____ o'clock_____.

SIGNED:

_____
JUDGE PRESIDING